BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT No. SIX OF TOWNS OF HANCOCK AND TOMPKINS, Appellant, *v.* LESTER E. WOOLSEY et al., Respondents.

Argued November 27, 1939; decided December 28, 1939.

*Paul F. Eaton* and *Arthur E. Conner* for appellant.

*Royal D. Woolsey* for Lester E. Woolsey, respondent.

*Lewis G. Carpenter* for Helen Colson et al., respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.